U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 19 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JEAN COOK | * | CIVIL ACTION NO. 08-1335 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for attorney fees [doc. # 21] be, and is hereby **GRANTED, and that the Commissioner be, and is hereby ordered to pay attorney fees in the amount of $4,185.00 (27.9 hours at $150.00 per hour) to plaintiff's attorney**.

THUS DONE AND SIGNED this 19 day of May 2010 in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE